| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------x<br>IN RE:<br><br>SHEINDY GRUNHUT,<br><br>                        Debtor.<br>------------------------------------------------------x | TF-0014/MP<br>February 11, 2026<br>10:00 AM<br><br>Case No. 25-22767-DSJ<br><br>Hon. DAVID S. JONES<br><br>**NOTICE OF MOTION** |

       PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable David S. Jones, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 11th day of February, 2026 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

       **PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

       Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:  White Plains, New York
       December 30, 2025

                                        /s/ *Thomas C. Frost*
                                        THOMAS C. FROST, CHAPTER 13 TRUSTEE
                                        399 KNOLLWOOD ROAD, STE 102
                                        WHITE PLAINS, NY 10603
                                        (914)328-6333

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | TF-0014/MP<br>February 11, 2026<br>10:00 AM |

-------------------------------------------------------x

| | |
|---|---|
| IN RE: | Case No: 25-22767-DSJ |
| SHEINDY GRUNHUT, | Hon. DAVID S. JONES |
| Debtor. | **APPLICATION** |

-------------------------------------------------------x

TO THE HONORABLE DAVID S. JONES, U.S. BANKRUPTCY JUDGE:

    THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on August 14, 2025 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 3 Plan Months of a 60 Month Plan, and the monthly Plan payment is currently $120.00.

3. The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claims as required by 11 U.S.C. §1325(a)(5)

4. The Debtor's proposed Chapter 13 plan must be amended to address all secured creditors consistent with the amounts listed in the filed claims.

5. Furthermore, the Debtor has failed to:

    a. appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343;

    b. commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1) and is in arrears to date, in the amount of, $480.00;

    c. serve the Plan on the Trustee and all creditors and file the proof of service thereof as required by S.D.N.Y. LBR 3015-1(c);

    d. provide the trustee with copies of verified monthly rental statements/operating reports as listed on line 8a of Schedule I in the monthly amount of $15,500.00;

    e. file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1);

    f. file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a); and

      g.  provide the Trustee with copies of filed 2024 federal and state tax returns and refunds, if any.

6. The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

7. The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

      WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
       December 30, 2025

                                                          /s/ *Thomas C. Frost*
                                                          Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x   Case No: 25-22767-DSJ
IN RE:

  SHEINDY GRUNHUT,

                                                        **CERTIFICATE OF SERVICE**
                                                              **BY MAIL**

                            Debtor.
---------------------------------------------------------x

      This is to certify that I, Rebecca Richards, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SHEINDY GRUNHUT
72 HORTON DR
MONSEY, NY 10952

H. BRUCE BRONSON, JR, ESQ.
BRONSON LAW OFFICES PC
480 MAMARONECK AVENUE
HARRISON, NY 10528

KATHERINE HEIDBRINK, ESQ.
FRIEDMAN VARTOLO LLP
1325 FRANKLIN AVENUE
SUITE 160
GARDEN CITY, NY 11530

LEVI CHAIMOWITZ, ESQ.
900 MERCHANTS CONCOURSE
WESTBURY, NY 11590

SUZANNE YOUSSEF, ESQ.
ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
900 MERCHANTS CONCOURSE
SUITE 310
WESTBURY, NY 11590

This December 30, 2025

/s/Rebecca Richards
Rebecca Richards, Esq., Staff Attorneyl
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333
CASE NO:  25-22767-DSJ

Hon. DAVID S. JONES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------------------------------------------
IN RE:

SHEINDY GRUNHUT,

                    Debtor.

**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**

**THOMAS C. FROST
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**