UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In Re:

Sheindy Grunhut

        Debtor.

_____

**NOTICE OF MOTION FOR**
**TERMINATION OF AUTOMATIC STAY**

Case No.: 25-22767-dsj
(Chapter 13)

Assigned to:
Hon. David S. Jones
Bankruptcy Judge

      Please take notice that Selene Finance LP, as servicer for U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust, a secured creditor of Debtor, by the undersigned attorneys, will move this Court on February 11, 2026 at 10;00 am or as soon thereafter as counsel can be heard, at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601 for an Order pursuant to 11 U.S.C. §362(d)(1) and 11 U.S.C §1322(b)(5) terminating the automatic stay as to movant's interest in real property commonly known as 48 Horton Drive, Unit F2, Monsey, NY 10952 and for such other relief as the Court may deem proper.

Dated: January 15, 2026

                                                /s/ Ehret Van Horn
                                                Ehret Anne Van Horn, Esq.
                                                Gross Polowy LLC
                                                Attorneys for Secured Creditor
                                                Selene Finance LP, as servicer for U.S. Bank Trust
                                                National Association, Not In Its Individual Capacity But
                                                Solely As Owner Trustee For RCF 2 Acquisition Trust,
                                                1775 Wehrle Drive
                                                Suite 100
                                                Williamsville, NY 14221
                                                Tel.: (716) 204-1700

TO:

| | |
|---|---|
| Sheindy Grunhut<br>72 Horton Dr<br>Monsey, NY 10952 | Debtor |
| H. Bruce Bronson, Jr., Esq.<br>Bronson Law Offices, P.C<br>480 Mamaroneck Avenue<br>Harrison, NY 10528 | Attorney for Debtor |
| Thomas C. Frost, Esq,<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603 | Chapter 13 Trustee |
| United States Trustee<br>Office of the United States Trustee-NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | U.S. Trustee |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____

|  |  |
|---|---|
| In Re: | **AFFIRMATION** |
| SHEINDY GRUNHUT | Case No.: 25-22767-dsj <br> (Chapter 13) |
|  | Assigned to: <br> Hon. David S. Jones |
| Debtor. | Bankruptcy Judge |

_____

I, Ehret Anne Van Horn, Esq., am an attorney duly licensed to practice law in the Courts of this State and in the United States Bankruptcy Court for the Southern District of New York and hereby state as follows:

1. I submit the within Affirmation under penalty of perjury in support of the motion of Selene Finance LP, as servicer for U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust ("Owner"), to terminate the automatic stay in this case with respect to the real property commonly known as 48 Horton Drive, Unit F2, Monsey, NY 10952.

2. Owner is the holder of a note executed by Sheindy Grunhut on or about the 30th day of January, 2018 in the principal amount of $555,100.00 and interest (the "Note"), secured by a mortgage bearing even date therewith, which is recorded in the Office of the Westchester County Clerk on the 31st day of January, 2018 in Instrument Number 2018-00003283 (the "Mortgage") covering the premises commonly known as 48 Horton Drive, Unit F2, Monsey, NY 10952 (the "Property"). A copy of the Note, Mortgage, and Assignments of Mortgage is annexed hereto as **Exhibit 'A'**.

3. Said Mortgage was foreclosed and the Property was sold at a foreclosure sale to the Owner on the 20th day of May, 2024. The Debtor no longer owns the Property and this bankruptcy filing was filed while the Owner was in the process of evicting the Debtor from the Property. A copy of the Referee's deed conveying the Property to the Owner is annexed hereto as **Exhibit 'B'**.

4. On the 14th day of August, 2025 Debtor Sheindy Grunhut filed a Petition under Chapter 13 of Title 11 U.S.C. §101 et seq with this Court, and an Order for relief was duly entered.

5. Because the Debtor no longer owns the Property, he/she is now an occupant in possession without any legal right to be either an occupant or in possession. The Owner respectfully requests that relief be granted, as the Owner is the sole Owner of the real property and must be allowed to enjoy the rights incident to ownership and be able to evict the Debtor.

6. Section 362(d)(1) of the Bankruptcy Code provides in pertinent part that the Court shall grant relief from the stay imposed by Section 362(a) "for cause, including lack of adequate protection of an interest in property..." Here, the Debtors have neither a legal or equitable interest in the Property, but only a bare possessory interest, without any legal right to be an occupant or in possession as a result of the pre-petition foreclosure sale of the Property. As such, cause exists to lift the automatic stay to allow the Owner to commence and complete an eviction of the Property so that said Owner is allowed to enjoy the rights incident to its ownership. *See In re Éclair Bakery, Ltd.,* 255 B.R. 121 (Bankr. S.D.N.Y 2000).

7. A copy of a proposed Order granting the relief sought by Owner is annexed hereto as **Exhibit 'C'**.

8. No prior application has been made for the relief requested herein.

**WHEREFORE**, Owner respectfully requests that an Order be granted terminating the automatic stay immediately as to Owner's interest in the Property together with such other, further and different relief as the Court may deem just in this matter.

DATED:   January 15, 2026
              Williamsville, New York

Yours,

By:   /s/ Ehret Van Horn
       Ehret Anne Van Horn, Esq.
       GROSS POLOWY LLC
       Attorneys for Owner
       Selene Finance LP, as servicer for U.S. Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For RCF 2 Acquisition Trust
       1775 Wehrle Drive, Suite 100
       Williamsville, NY 14221
       Telephone (716) 204-1700